```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED
                                                   OCT 2 6 2006
                                              JOHN F. CORCORAN, CLERK
                                              BY:
                                                   DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FREDDIE EUGENE CASEY,
    Petitioner,                        Civil Action No. 7:06-cv-00631

v.                                       **FINAL ORDER**

COMMONWEALTH'S ATTORNEY'S
OFFICE OF RUSSELL COUNTY,
VIRGINIA, et al.,                      By:    Hon. James C. Turk
    Respondent.                               Senior U.S. District

In accordance with the Memorandum Opinion entered this day, it is now

**ADJUDGED AND ORDERED**

that the petition for writ of mandamus is **DENIED**, the petition is also construed as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is hereby **DISMISSED** without prejudice as successive, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 26th day of October, 2006.

                                        /s/ James C. Turk
                                        Senior United States District Judge